Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−13557−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Brian D Doran                                            Barbara A Doran
   132 Union Hill Road                           132 Union Hill Road
   Manalapan, NJ 07726                      Manalapan, NJ 07726

Social Security No.:
   xxx−xx−8910                                             xxx−xx−1087

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           5/9/17
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 5, 2017
JAN: gan

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-13557-MBK
Brian D Doran                                                           Chapter 13
Barbara A Doran
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2           Date Rcvd: Apr 05, 2017
                               Form ID: 132             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2017.
```
db/jdb         +Brian D Doran,    Barbara A Doran,    132 Union Hill Road,    Manalapan, NJ 07726-4683
516663329      +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
516678075       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516663330      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516663331      +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516663333      +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516663334      +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516663336      +Chase Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
516663337      +Citibank,   Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516663338      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516663339      +Comenity Bank/anniesez,    Po Box 182125,    Columbus, OH 43218-2125
516663340      +Comenity Bank/nwyrk&co,    Po Box 182789,    Columbus, OH 43218-2789
516663344      +Quicken Loans Inc,    PO Box 6577,    Carol Stream, IL 60197-6577
516663345      +Santander Consumer USA,    Po Box 961275,    Fort Worth, TX 76161-0275
516707069     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   U.S. BANK NATIONAL ASSOCIATION,    BANKRUPTCY DEPARTMENT,
                 P.O. BOX 5229,    CINCINNATI, OH 45201-5229)
516663355       WFFNB/Furniture Barn,    Wffnb Card Services,    Po Box 51193,    Las Vegas, NV 89193
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2017 22:20:33      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2017 22:20:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516681818       E-mail/Text: mrdiscen@discover.com Apr 05 2017 22:19:51      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516663341      +E-mail/Text: mrdiscen@discover.com Apr 05 2017 22:19:51      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
516663342      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 05 2017 22:19:59      Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
516663347      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 22:13:19      Syncb/toys r us,   Po Box 965064,
                 Orlando, FL 32896-5064
516663348      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 22:13:19      Synchrony Bank/ JC Penneys,
                 Po Box 965064,    Orlando, FL 32896-5064
516663349      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 22:13:42      Synchrony Bank/Lowes,
                 Po Box 965064,    Orlando, FL 32896-5064
516663350      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 22:13:19      Synchrony Bank/PC Richard,
                 Po Box 965064,    Orlando, FL 32896-5064
516663351      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 22:13:42      Synchrony Bank/Sams,
                 Po Box 965060,    Orlando, FL 32896-5060
516663352      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 22:13:42      Synchrony Bank/Sams Club,
                 Po Box 965064,    Orlando, FL 32896-5064
                                                                                              TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516663332*     +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516663335*     +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516663343*     +Kohls/Capital One,    Po Box 3120,    Milwaukee, WI 53201-3120
516663346*     +Santander Consumer USA,    Po Box 961275,    Fort Worth, TX 76161-0275
516663353*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   Us Bank,    Attn: Bankruptcy,    Po Box 5229,   Cincinnati, OH 45201)
516663354*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   Us Bank,    Attn: Bankruptcy,    Po Box 5229,   Cincinnati, OH 45201)
                                                                                   TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 05, 2017
                              Form ID: 132             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2017 at the address(es) listed below:
            Albert   Russo    docs@russotrustee.com
            Brian C. Nicholas    on behalf of Creditor    QUICKEN LOANS INC. bnicholas@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Robert C. Nisenson    on behalf of Joint Debtor Barbara A Doran rnisenson@aol.com,
             nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
            Robert C. Nisenson    on behalf of Debtor Brian D Doran rnisenson@aol.com,
             nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
            U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```