Last revised 8/1/15

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

IN RE:  **Brian D Doran**
**Barbara A Doran**

Case No.: **17-13557**
Judge:
Chapter: **13**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☑ Original
☐ Motions Included

☐ Modified/Notice Required
☐ Modified/No Notice Required

☑ Discharge Sought
☐ No Discharge Sought

Date:  **3-8-2017**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|

a. The Debtor shall pay $268.00 **Monthly** to the Chapter 13 Trustee, starting on March 1, 2017 for approximately 60 months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

1

 c. Use of real property to satisfy plan obligations:
  ☐ Sale of real property
  Description:
  Proposed date for completion: _____

  ☐ Refinance of real property
  Description:
  Proposed date for completion: _____

  ☐ Loan modification with respect to mortgage encumbering property
  Description:
  Proposed date for completion: _____

 d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

 e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

 a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

 b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **ROBERT C. NISENSON** | **ATTORNEYS FEES** | 3,000 |

## Part 4: Secured Claims

 a. **Curing Default and Maintaining Payments**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| -NONE- | | | | | |

 b. **Modification**

 1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an

unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **CHASE MORTGAGE** | **409 11 LEON AVENUE, PERTH AMBOY, NJ** | **200,000** | **0.00** |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor

**QUICKEN LOANS, INC.**

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| -NONE- | | |

## Part 5:  Unsecured Claims

a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:

____     Not less than $____ to be distributed *pro rata*

____     Not less than ___ percent

__X__    *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

## Part 6:  Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **SANTANDER CONSUMER USA** | **VEHICLE** | **ASSUMED** |

| US BANK | VEHICLE | ASSUMED |
|---|---|---|

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **-NONE-** | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| **-NONE-** | | | |

**Part 8: Other Plan Provisions**
    a. **Vesting of Property of the Estate**
       ☑ Upon Confirmation
       ☐ Upon Discharge

    b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

### d. Post-petition claims

The Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:____.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| | |

| Are Schedules I and J being filed simultaneously with this modified Plan? | ☐ Yes | ☐ No |
|---|---|---|

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    **March 8, 2017**            /s/ Robert C. Nisenson
                                     **Robert C. Nisenson 6680**
                                     Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:   **March 8, 2017**            /s/ Brian D Doran
                                     **Brian D Doran**
                                     Debtor

Date:   **March 8, 2017**            /s/ Barbara A Doran
                                     **Barbara A Doran**
                                     Joint Debtor

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                         Case No. 17-13557-MBK
Brian D Doran                                                  Chapter 13
Barbara A Doran
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2           Date Rcvd: Apr 05, 2017
                             Form ID: pdf901          Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2017.
db/jdb          +Brian D Doran,    Barbara A Doran,    132 Union Hill Road,    Manalapan, NJ 07726-4683
516663329       +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
516678075        American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516663330       +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516663331       +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516663333       +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516663334       +Chase Card,   Attn: Correspondence,     Po Box 15298,    Wilmington, DE 19850-5298
516663336       +Chase Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
516663337       +Citibank,   Citicorp Credit Srvs/Centralized Bankrup,     Po Box 790040,
                  Saint Louis, MO 63179-0040
516663338       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                  S Louis, MO 63179-0040
516663339       +Comenity Bank/anniesez,    Po Box 182125,    Columbus, OH 43218-2125
516663340       +Comenity Bank/nwyrk&co,    Po Box 182789,    Columbus, OH 43218-2789
516663344       +Quicken Loans Inc,    PO Box 6577,    Carol Stream, IL 60197-6577
516663345       +Santander Consumer USA,    Po Box 961275,    Fort Worth, TX 76161-0275
516707069      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:    U.S. BANK NATIONAL ASSOCIATION,    BANKRUPTCY DEPARTMENT,
                  P.O. BOX 5229,    CINCINNATI, OH 45201-5229)
516663355        WFFNB/Furniture Barn,    Wffnb Card Services,    Po Box 51193,    Las Vegas, NV 89193

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2017 22:20:33     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2017 22:20:31     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516681818       E-mail/Text: mrdiscen@discover.com Apr 05 2017 22:19:51     Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
516663341      +E-mail/Text: mrdiscen@discover.com Apr 05 2017 22:19:51     Discover Financial,    Po Box 3025,
                  New Albany, OH 43054-3025
516663342      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 05 2017 22:19:58      Kohls/Capital One,
                  Po Box 3120,    Milwaukee, WI 53201-3120
516663347      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 22:13:41     Syncb/toys r us,    Po Box 965064,
                  Orlando, FL 32896-5064
516663348      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 22:13:18     Synchrony Bank/ JC Penneys,
                  Po Box 965064,    Orlando, FL 32896-5064
516663349      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 22:13:18     Synchrony Bank/Lowes,
                  Po Box 965064,    Orlando, FL 32896-5064
516663350      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 22:13:18     Synchrony Bank/PC Richard,
                  Po Box 965064,    Orlando, FL 32896-5064
516663351      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 22:13:18     Synchrony Bank/Sams,
                  Po Box 965060,    Orlando, FL 32896-5060
516663352      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 22:13:18     Synchrony Bank/Sams Club,
                  Po Box 965064,    Orlando, FL 32896-5064
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516663332*      +Bank Of America,    Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516663335*      +Chase Card,   Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516663343*      +Kohls/Capital One,    Po Box 3120,   Milwaukee, WI 53201-3120
516663346*      +Santander Consumer USA,    Po Box 961275,   Fort Worth, TX 76161-0275
516663353*     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:   Us Bank,   Attn: Bankruptcy,    Po Box 5229,   Cincinnati, OH 45201)
516663354*     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:   Us Bank,   Attn: Bankruptcy,    Po Box 5229,   Cincinnati, OH 45201)
                                                                                   TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Apr 05, 2017
                              Form ID: pdf901          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    QUICKEN LOANS INC. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert C. Nisenson     on behalf of Joint Debtor Barbara A Doran rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
              Robert C. Nisenson     on behalf of Debtor Brian D Doran rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```