UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**
Robert C. Nisenson, LLC
10 Auer Court, Suite E
East Brunswick, New Jersey 08816
(732-238-8777
Robert C. Nisenson, Esq.
Attorneys for Debtors
RCN 6680

Order Filed on August 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-13557

In the Matter of

**BRIAN AND BARBARA DORAN**
                    DEBTORS

Judge: Michael B. Kaplan

# CONSENT ORDER RESOLVING CLAIM WITH WELLS FARGO BANK, N.A.

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: August 16, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court, Suite E
East Brunswick, New Jersey 08816
(732) 238-8777
Attorneys for Debtors
Robert C. Nisenson, Esq.
Attorney No.: RCN 6680

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: : | Case #: 17-13557 |
| : | |
| **BRIAN AND BARBARA DORAN** : | |
| : | Chapter 13 |
| : | |
| : | **CONSENT ORDER** |
| Debtor : | |

_____

This matter having been opened to the Court upon motion of BRIAN AND BARBARA DORAN by and through their attorneys, **ROBERT C. NISENSON, L.L.C.**, seeking an Order to resolve the claim with WELLS FARGO BANK, N.A, and the Debtor appearing by its counsel and the Court having considered all supporting and opposing Affidavits, and Briefs, if any; and good cause appearing for the entry of this Order;

**ORDERED t**hat WELLS FARGO BANK, N.A. is resolved as set forth; and it is further

**ORDERED** that the secure claim of Wells Fargo Bank claim #13-1 is reduced to $1,500.00 and paid the Chapter 13 Plan as a secured claim; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within ___ days of the date hereof.

_____
THE HONORABLE MICHAEL B. KAPLAN, USBJ

The undersigned hereby consents to the
Form, Content and Entry of the within
Order:

WELLS FARGO BANK. N.A.

By:__/s/
Bankruptcy Specialist
On Behalf Wells Fargo Bank, N.A.

ROBERT C. NISENSON, LLC
10 Auer Court, Suite E
East Brunswick, New Jersey 08816
Attorneys for Debtor

By:_/s/ Robert C. Nisenson
   Robert C. Nisenson