| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2 (c)<br>Robert C. Nisenson, LLC<br>10 Auer Court, Suite E<br>East Brunswick, New Jersey 08816<br>(732-238-8777<br>Robert C. Nisenson, Esq.<br>Attorneys for Debtors<br>RCN 6680 | Order Filed on August 16, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.: 17-13557 |
| In the Matter of<br><br>**BRIAN AND BARBARA DORAN**<br>DEBTORS | Judge: Michael B. Kaplan |

**CONSENT ORDER RESOLVING CLAIM WITH WELLS FARGO BANK, N.A.**

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: August 16, 2017**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court, Suite E
East Brunswick, New Jersey 08816
(732) 238-8777
Attorneys for Debtors
Robert C. Nisenson, Esq.
Attorney No.: RCN 6680

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **In Re:** | : | Case #: 17-13557 |
| | : | |
| **BRIAN AND BARBARA DORAN** | : | |
| | : | Chapter 13 |
| | : | |
| | : | **CONSENT ORDER** |
| Debtor | : | |

This matter having been opened to the Court upon motion of BRIAN AND BARBARA DORAN by and through their attorneys, **ROBERT C. NISENSON, L.L.C.**, seeking an Order to resolve the claim with WELLS FARGO BANK, N.A, and the Debtor appearing by its counsel and the Court having considered all supporting and opposing Affidavits, and Briefs, if any; and good cause appearing for the entry of this Order;

**ORDERED** that WELLS FARGO BANK, N.A. is resolved as set forth; and it is further

**ORDERED** that the secure claim of Wells Fargo Bank claim #13-1 is reduced to $1,500.00 and paid the Chapter 13 Plan as a secured claim; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within ___ days of the date hereof.

_____
THE HONORABLE MICHAEL B. KAPLAN, USBJ

The undersigned hereby consents to the
Form, Content and Entry of the within
Order:


WELLS FARGO BANK. N.A.


By:__/s/
Bankruptcy Specialist
On Behalf Wells Fargo Bank, N.A.

ROBERT C. NISENSON, LLC
10 Auer Court, Suite E
East Brunswick, New Jersey 08816
Attorneys for Debtor


By:_/s/ Robert C. Nisenson
   Robert C. Nisenson

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-13557-MBK
Brian D Doran                                                             Chapter 13
Barbara A Doran
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 16, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db/jdb         +Brian D Doran,   Barbara A Doran,   132 Union Hill Road,   Manalapan, NJ 07726-4683

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    QUICKEN LOANS INC. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Joint Debtor Barbara A Doran rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
              Robert C. Nisenson    on behalf of Debtor Brian D Doran rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5