**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Brian D Doran | Social Security number or ITIN  xxx–xx–8910 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Barbara A Doran | Social Security number or ITIN  xxx–xx–1087 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number:  17–13557–MBK

# Order of Discharge
12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian D Doran                                          Barbara A Doran

5/18/22                                                **By the court:** Michael B. Kaplan
                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Brian D Doran  
Barbara A Doran  
    Debtors

Case No. 17-13557-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 4
Date Rcvd: May 18, 2022 | Form ID: 3180W | Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian D Doran, Barbara A Doran, 132 Union Hill Road, Manalapan, NJ 07726-4683 |
| 516663329 | + | 1st Crd Srvc, 377 Hoes Lane, Piscataway, NJ 08854-4138 |
| 516663355 | | WFFNB/Furniture Barn, Wffnb Card Services, Po Box 51193, Las Vegas, NV 89193 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 18 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 18 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: JPMORGANCHASE | May 19 2022 00:33:00 | Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 516678075 | | Email/PDF: bncnotices@becket-lee.com | May 18 2022 20:41:59 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516663330 | + | Email/PDF: bncnotices@becket-lee.com | May 18 2022 20:42:04 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516663331 | + | EDI: BANKAMER.COM | May 19 2022 00:33:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516663333 | + | EDI: TSYS2 | May 19 2022 00:33:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 516904596 | | Email/PDF: bncnotices@becket-lee.com | May 18 2022 20:42:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516935191 | + | Email/Text: bankruptcy@cavps.com | May 18 2022 20:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516663337 | + | EDI: CITICORP.COM | May 19 2022 00:33:00 | Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516663338 | + | EDI: CITICORP.COM | May 19 2022 00:33:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516663339 | + | EDI: WFNNB.COM | May 19 2022 00:33:00 | Comenity Bank/anniesez, Po Box 182125, Columbus, OH 43218-2125 |
| 516663340 | + | EDI: WFNNB.COM | May 19 2022 00:33:00 | Comenity Bank/nwyrk&co, Po Box 182789, Columbus, OH 43218-2789 |

Case 17-13557-MBK   Doc 42   Filed 05/20/22   Entered 05/21/22 00:12:23   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 3180W | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| 516681818 | | EDI: DISCOVER.COM | May 19 2022 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516663341 | + | EDI: DISCOVER.COM | May 19 2022 00:33:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516663334 | | EDI: JPMORGANCHASE | May 19 2022 00:33:00 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 516663336 | | EDI: JPMORGANCHASE | May 19 2022 00:33:00 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219 |
| 516921149 | | EDI: JPMORGANCHASE | May 19 2022 00:33:00 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 516663342 | + | Email/Text: PBNCNotifications@peritusservices.com | May 18 2022 20:36:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516817899 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2022 20:42:00 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516864959 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2022 20:36:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516934876 | | EDI: PRA.COM | May 19 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516922205 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2022 20:42:00 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 516874976 | | EDI: Q3G.COM | May 19 2022 00:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516779900 | | EDI: Q3G.COM | May 19 2022 00:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516663344 | + | Email/Text: bankruptcyteam@quickenloans.com | May 18 2022 20:36:00 | Quicken Loans Inc, PO Box 6577, Carol Stream, IL 60197-6577 |
| 516850870 | + | Email/Text: bankruptcyteam@quickenloans.com | May 18 2022 20:36:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 516663345 | + | Email/Text: enotifications@santanderconsumerusa.com | May 18 2022 20:36:00 | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 516663347 | + | EDI: RMSC.COM | May 19 2022 00:33:00 | Syncb/toys r us, Po Box 965064, Orlando, FL 32896-5064 |
| 516663348 | + | EDI: RMSC.COM | May 19 2022 00:33:00 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 516663349 | + | EDI: RMSC.COM | May 19 2022 00:33:00 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 516663350 | + | EDI: RMSC.COM | May 19 2022 00:33:00 | Synchrony Bank/PC Richard, Po Box 965064, Orlando, FL 32896-5064 |
| 516663351 | + | EDI: RMSC.COM | May 19 2022 00:33:00 | Synchrony Bank/Sams, Po Box 965060, Orlando, FL 32896-5060 |
| 516663352 | + | EDI: RMSC.COM | May 19 2022 00:33:00 | Synchrony Bank/Sams Club, Po Box 965064, Orlando, FL 32896-5064 |
| 516707069 | | EDI: USBANKARS.COM | May 19 2022 00:33:00 | U.S. BANK NATIONAL ASSOCIATION, BANKRUPTCY DEPARTMENT, P.O. BOX 5229, CINCINNATI, OH 45201-5229 |
| 516663353 | | EDI: USBANKARS.COM | May 19 2022 00:33:00 | Us Bank, Attn: Bankruptcy, Po Box 5229, |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 3180W | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| 516872412 | + EDI: AIS.COM | | | Cincinnati, OH 45201 |
| | | May 19 2022 00:33:00 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516883150 | EDI: WFFC.COM | | | |
| | | May 19 2022 00:33:00 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516663332 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516663335 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 516663343 | *+ | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516663346 | *+ | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 516663354 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor QUICKEN LOANS INC. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor QUICKEN LOANS INC. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Melissa N. Licker | on behalf of Creditor Chase Records Center mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com |
| Robert C. Nisenson | on behalf of Debtor Brian D Doran r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Robert C. Nisenson | on behalf of Joint Debtor Barbara A Doran r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8